# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY E. LAUDENSLAGER, | No. 4:17-CV-00330 |
| Plaintiff, | (Judge Brann) |
| v. | |
| JEFF SESSIONS and THOMAS E. BRANDON, | |
| Defendants. | |

## ORDER

**FEBRUARY 13, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 15, is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge